Honorable Richard A. Jones
Magistrate Judge David W. Christel

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| KCJ STUDIOS, LLC, dba Barre3 Ballard Exercise Studio, HUMBLE WARRIOR LLC, dba Barre3 Roosevelt & Capitol Hill, and ALELG, LLC, dba Barre3 Felida, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SENTINEL INSURANCE COMPANY, LIMITED,<br><br>Defendant. | No. 2:20-cv-01207-RAJ-DWC<br><br>ORDER GRANTING UNOPPOSED MOTION FOR STAY OF PROCEEDINGS PENDING RULING ON CONSOLIDATION AND TRANSFER BY JPML |

**ORDER**

The Court having examined and considered Plaintiff's Unopposed Motion for Stay of Proceedings Pending Ruling on JPML Order to Show Cause in the matter styled *In re Hartford COVID-19 Business Interruption Protection Insurance Litig.*, MDL No. 2963, and finding that there is good cause,

**HEREBY ORDERS AND ADJUDGES THAT** this matter is stayed, including but not limited to (1) all scheduling deadlines pursuant to the Federal Rules of Civil Procedure, Local Rules of the United States District Court for the Western District of Washington and this Honorable Court, (2) discovery, and (3) the deadline to answer or otherwise respond to Plaintiffs'

ORDER GRANTING UNOPPOSED MOTION FOR STAY - 1
(2:20-cv-01207-RAJ-DWC)

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

Complaint, pending a ruling by the JPML concerning the transfer of this action for inclusion in MDL No. 2963 for consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. If the JPML denies consolidation, the stay will automatically terminate fourteen (14) days after the JPML's decision denying consolidation, and Defendant shall have twenty-eight (28) additional days from the termination of the stay to answer, move, or otherwise plead in response to Plaintiff's Complaint.

**IT IS SO ORDERED.**

DATED this 8th day of September, 2020.

_____
David W. Christel
United States Magistrate Judge

Presented By:

**KELLER ROHRBACK L.L.P.**

By: *s/ Amy Williams-Derry*
By: *s/ Lynn L. Sarko*
By: *s/ Ian S. Birk*
By: *s/ Gretchen Freeman Cappio*
By: *s/ Irene M. Hecht*
By: *s/ Maureen Falecki*
By: *s/ Nathan L. Nanfelt*
   Amy Williams-Derry, WSBA #28711
   Lynn L. Sarko, WSBA #16569
   Ian S. Birk, WSBA #31431
   Gretchen Freeman Cappio, WSBA #29576
   Irene M. Hecht, WSBA #11063
   Maureen Falecki, WSBA #18569
   Nathan L. Nanfelt, WSBA #45273
   1201 Third Avenue, Suite 3200
   Seattle, WA 98101
   Telephone: (206) 623-1900
   Fax: (206) 623-3384
   Email: ibirk@kellerrohrback.com
   Email: lsarko@kellerrohrback.com
   Email: gcappio@kellerrohrback.com
   Email: ihecht@kellerrohrback.com
   Email: awilliams-derry@kellerrohrback.com
   Email: mfalecki@kellerrohrback.com

ORDER GRANTING UNOPPOSED MOTION FOR STAY - 2
(2:20-cv-01207-RAJ-DWC)

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

      Email: nnanfelt@kellerrohrback.com

By: *s/ Alison Chase*
    Alison Chase, *pro hac vice forthcoming*
    801 Garden Street, Suite 301
    Santa Barbara, CA 93101
    Telephone: (805) 456-1496
    Fax: (805) 456-1497
    Email: achase@kellerrohrback.com

***Attorneys for Plaintiff and the Proposed Classes***

ORDER GRANTING UNOPPOSED MOTION FOR STAY - 3
(2:20-cv-01207-RAJ-DWC)

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384